UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

COONEY  v. COMMISSIONER OF SOCIAL          1:08-CV-407 (LEK/GJD)
     SECURITY

BRUCE B. RUBIN, ESQ., For Plaintiff
SOMMATTIE RAMRUP, ESQ., For Deft.
_____

## ORDER

     It appearing that attorney Bruce B. Rubin and has not filed a brief in accordance with this court's General Order 18, governing procedures in Social Security cases, it is hereby

     **ORDERED**, that defendant Commissioner of Social Security shall file a brief in support of the Commissioner's position setting forth all contentions which defendant believes entitles the Commissioner to relief, within **60 days** from the date of this Order, and it is further

     **ORDERED**, that defendant shall file the original brief with the Clerk, serve a copy of said brief on the attorney for the plaintiff, and it is further

     **ORDERED**, that plaintiff's attorney shall then have **30 days** after service of defendant's brief, within which to serve and file a brief in support of plaintiff's position.  Since plaintiff's counsel failed to file an initial brief, any reply brief is **limited to ten (10) pages**.

Dated: March 20, 2009

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge